THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOLLY GUZMAN, : | |
| : | |
| Plaintiff, : | |
| v. : | 3:19-CV-798 |
| : | (JUDGE MARIANI) |
| ANDREW SAUL,[1] : | |
| Commissioner of Social Security, : | |
| : | |
| Defendant. : | |

## ORDER

**AND NOW, THIS 22ND DAY OF APRIL, 2020**, upon review of Magistrate Judge Saporito's Report & Recommendation ("R&R") (Doc. 23) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 23) is **ADOPTED** for the reasons discussed therein.

2. The Commissioner of Social Security's decision is **VACATED.**

3. This case is **REMANDED** to the Commissioner of Social Security for a new administrative hearing before a constitutionally appointed ALJ, other than the ALJ who presided over Plaintiff's first hearing.

4. Judgment is entered in favor of Plaintiff and against the Commissioner of Social Security.

5. The Clerk of Court is directed to **CLOSE** this case.

                                                               __s/ *Robert D. Mariani*_____
                                                               Robert D. Mariani
                                                               United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), the Court has automatically substituted Andrew Saul, the current Commissioner of Social Security, as a party in this action.